| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | ADRIAN ANDREW ROSAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-0439 AWI |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER |
| v. | ) | |
| | ) | Date:  April 6, 2009 |
| ADRIAN ANDREW ROSAS, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| *Defendant.* | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for March 9, 2009 at 9:00 a.m. may be continued to **April 6, 2009 at 9:00 a.m.**

This stipulation is entered into at the defendant's request as more time is needed for further investigation.

///
///
///
///
///
///
///

1    The parties also agree that any delay resulting from this continuance shall be excluded in the
2    interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

                                                McGREGOR W. SCOTT
                                                United States Attorney

6    DATED: March 5, 2009              By:    /S/ Thomas M. Brennan
                                                THOMAS M. BRENNAN
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Public Defender

12   DATED: March 5, 2009              By /s/ Victor M. Chavez
                                                VICTOR M. CHAVEZ
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Adrian Andrew Rosas




                                    **O R D E R**


21   IT IS SO ORDERED.

22   **Dated:    March 5, 2009**              /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hrg
                                    2